UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

**UNITED STATES OF AMERICA** )
)
v. )   Mag. Judge Case No. 04M-1104-JGD
)
**ANGEL LYNN RAMOS,** )
        **Defendant.** )

### AFFIDAVIT IN SUPPORT OF ARREST

I, Scott C. Kimball, Deputy United States Marshal of the United States Marshals Service, do hereby make oath before the Honorable Judith G. Dein, United States Magistrate Judge for the District of Massachusetts, that upon knowledge coming to me in connection with my official duties and as part of the official records of my office, I am advised that there is presently outstanding a warrant of arrest for one ANGEL LYNN RAMOS on a violation of her conditions of supervised release, filed in the United States District Court, Western District of Missouri, charging the defendant with violating her conditions of supervised release, to wit, committing a criminal offense and absconding, and I do hereby make oath that this warrant of arrest is outstanding in said District on the basis of the information set out above. A copy of said warrant is attached.

                                                                              Scott C. Kimball

                                                                              Deputy U.S. Marshal

                                                                              United States Marshals Service

**Subscribed and sworn to before me this** 10th **day of** Sept **, 2004.**

                                                                              Hon. Judith G. Dein
                                                                              United States Magistrate Judge