# United States District Court
# District of Massachusetts

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) ) ) ) | |
| V. | ) ) | Case Number: 04m-1104-JGD |
| Angel Lynn Ramos | ) ) | Charging No.00-410-02-CR-W-SOW |
| Defendant. | ) | |

## COMMITMENT TO ANOTHER DISTRICT

**DEIN, U.S.M.J.**                                          **September 10, 2004**

The defendant is charged with a violation of Title 18  U.S.C.  1342 alleged to have been committed in the  District of <u>Western District of Missouri</u>.

Brief Description of Charge(s):    Violated conditions of supervised release.

The defendant has been unable to obtain release under the bail Reform Act of 1984, 18, U.S.C. §3141-3143.

**TO:    THE UNITED STATES MARSHAL**

You hare hereby commanded to take custody of the above named defendant and to transport that defendant with a certified copy of this commitment forthwith to the district of offense as specified above and there deliver the defendant to the United States Marshal for that District or to some other officer authorized to receive the defendant, all proceedings required by Fed.R.Crim. P. 5 having been completed.

Date    <u>September 10, 2004</u>                     _Judith Gail Dein_
                                            UNITED STATES MAGISTRATE JUDGE

| RETURN | | |
|---|---|---|
| THIS COMMITMENT WAS RECEIVED AND EXECUTED AS FOLLOWS: | | |
| DATE COMMITMENT ORDER RECEIVED | PLACE OF COMMITMENT | DATE DEFENDANT COMMITTED |
| DATE | UNITED STATES MARSHAL | (BY) DEPUTY MARSHAL |