PROB 18
(Rev. 1/82)

# UNITED STATES DISTRICT COURT

for

Western District of Missouri

04m-1104-JGD

U.S.A. vs Angel L. Ramos

Docket No. 00-00410-02-CR-W-SOW

TO:[1] any United States Marshal, or his deputies, or any other authorized law enforcement officer

### WARRANT FOR ARREST OF SUPERVISED RELEASEE

You are hereby commanded to arrest the within-named and bring him or her, forthwith, before the United States District Court to answer charges that he or she violated the conditions of his or her supervised release imposed by the court.

| NAME OF SUPERVISED RELEASEE | SEX | RACE | AGE |
|---|---|---|---|
| Angel L. Ramos | Female | White | 24 |

**ADDRESS (STREET, CITY, STATE)**
P.O. Box 754
Harrisonville, Missouri 64701

| IMPOSED BY (NAME OF COURT) | DATE IMPOSED |
|---|---|
| Western District of Missouri, Kansas City | September 20, 2001 |

**TO BE BROUGHT BEFORE (NAME OF COURT, CITY, STATE)**
U.S. District Court
Western District of Missouri
Kansas City, Missouri

| CLERK | (BY) DEPUTY CLERK | DATE |
|---|---|---|
| PATRICIA L. BRUNE | [signature] | 2/2/04 |

### RETURN

Warrant received and executed.

| DATE RECEIVED | DATE EXECUTED |
|---|---|

**EXECUTING AGENCY (NAME AND ADDRESS)**

| NAME | (BY) | DATE |
|---|---|---|

---

[1] Insert designation of office to whom the warrant is issued, e.g., "any United States Marshal or any other authorized officer;" or "United States Marshal for _____ District of _____;" or "any United States Marshal;" or "any Special Agent of the Federal Bureau of Investigation;" or "any United States Marshal or any special Agent of the Federal Bureau of Investigation;" or "any agent of the Alcohol Tax Unit."

# UNITED STATES DISTRICT COURT FOR THE
## WESTERN DISTRICT OF MISSOURI
## WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| vs. | ) Case No. 00-00410-02-CR-W-SOW |
| Angel L. Ramos, | ) |
| Defendant. | ) |

## ORDER FOR ISSUANCE OF WARRANT FOR ARREST

On September 20, 2001, Ramos appeared for sentencing on one count of conspiracy to distribute cocaine. Ramos was sentenced to 30 months custody and 3 years supervised release. Ramos was released from the Federal Correctional Institution, Pekin, Minnesota, on December 27, 2002.

Thereafter, on January 30, 2004, the Probation Office for the Western District of Missouri transmitted a "violation report" recommending that a warrant for arrest be issued.

For good cause appearing and on the recommendation of the Probation Office, it is ORDERED that the Clerk of the Court shall forthwith issue a warrant for arrest directed to any United States Marshal, or any other authorized officer, directing that Angel L. Ramos be taken into custody and that she be brought before the nearest available United States Magistrate Judge to determine whether there is probable cause to believe that Angel L. Ramos has committed one or more acts constituting a violation of the Conditions of

Supervised Release, thus requiring that she be held for a final revocation hearing before a Judge of this Court.

/s/ Scott O. Wright
Scott O. Wright
Senior U.S. District Judge

Dated at Kansas City, Missouri, this 30th day of January, 2004.

ECF DOCUMENT
I hereby attest and certify this is a printed copy of a document which was electronically filed with the United States District Court for the Western District of Missouri.
Date Filed: 1/31/04
R.L. BRUCE, CLERK
By: [signature] Deputy Clerk

2